FILED
2008 JUL -9 PM 3:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROGELIO TORRES-LIZAMA,<br>Defendant. | Criminal Case No. '08 CR 2265 JAH<br>I N D I C T M E N T<br>Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship |

The grand jury charges:

Count 1

On or about March 18, 2008, within the Southern District of California, defendant ROGELIO TORRES-LIZAMA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States,

CEM:fer:San Diego
7/8/08

that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant ROGELIO TORRES-LIZAMA was removed from the United States subsequent to March 21, 2006.

Count 2

On or about March 18, 2008, within the Southern District of California, defendant ROGELIO TORRES-LIZAMA did falsely and willfully represent to Department of Homeland Security, Bureau of Customs and Border Protection Officer R. Schulze, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States; whereas, in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

DATED: July 9, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: CALEB E. MASON
Assistant U.S. Attorney